Before the Second Division, May 28, 1962

**No. 66796.**—G. Joannou Cycle Co., Inc., et al. *v.* United States, protests 61/652, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.